DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KYLE LEWIS**,
Appellant,

v.

**DEREK FAULK**,
Appellee.

No. 4D22-2312

[March 2, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE20-014177.

Charles M-P George of the Law Offices of Charles M-P George, Coral Gables, and Peter R. Restani of Boyd Richards Parker & Colonnelli, P.L., Miami, for appellant.

Leonard Blumenthal of Blumenthal Legal Group, Pompano Beach, and Alex Jean of Long, Jean & Wechsler, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***